IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDER SABA,<br><br>*Plaintiff*,<br><br>-against-<br><br>ANDREW M. CUOMO, in his official capacity as Governor of the State of New York; and MARK J. F. SCHROEDER, in his official capacity as Commissioner of the New York State Department of Motor Vehicles,<br><br>*Defendants*. | Civil Action No. 1:20-cv-05859 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Amanda L. Genovese of the firm O'Melveny & Myers LLP enters her appearance in the above-captioned action as counsel of record for Plantiff Sander Saba and requests that all further notice and copies of pleadings, papers, and other materials relevant to this action be directed and served upon:

Amanda L. Genovese
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: agenovese@omm.com

Dated: July 28, 2020                                Respectfully submitted,

                                                     O'MELVENY & MYERS LLP


By: /s/ Amanda L. Genovese
     Amanda L. Genovese

*Attorneys for Plaintiff*